**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 37 MAL 2020
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
CHRISTIAN PADILLA-CANDELARIA, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 7th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.